IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANKLIN LOPEZ and EDWIN LOPEZ,** | : | Civil No. 1:18-cv-1592 |
| **Petitioners,** | : | |
| v. | : | |
| **CLAIR DOLL, et al.,** | : | |
| **Respondents.** | : | Judge Sylvia H. Rambo |

## O R D E R

Before the court is a report and recommendation filed by the magistrate judge in which he recommends that Petitioners' petition for an individualized bond hearing be granted. Upon consideration of the reasoning set forth in the report and recommendation as well as the case of *Guerrero-Sanchez v. Warden York Cty. Prison*, No. 16-4134, 2018 WL 4608970 (3d Cir. Sept. 26, 2018), **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation is **ADOPTED**.

2) Franklin Lopez and Edwin Lopez shall be given an individualized bond hearing before an immigration judge within 21 days of this order.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge

Dated: October 11, 2018