IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANKLIN LOPEZ and EDWIN LOPEZ, | : | Civil No. 1:18-cv-1592 |
| Petitioners, | : | |
| v. | : | |
| WARDEN CLAIR DOLL, et al., | : | |
| Respondents. | : | Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Petitioners Franklin Lopez and Edwin Lopez's Petition for Writ of Habeas Corpus is **GRANTED**. Petitioners shall be released from custody on their own recognizance.

An order setting forth conditions of release follows.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge

Dated: December 20, 2018